AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>ANNA MARIA ANDERSON<br>DOB:<br>PDID:<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between ____August 2004 and August 2005____, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

    See Attached Affidavit

in violation of Title __18__ United States Code, Section(s) __1343__.

I further state that I am __Kelly D. Bender , Special Agent with the Federal Bureau of Investigation__ , and that this complaint is based on the following facts:

    **See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA, DANIEL BUTLER   (202) 353-9431
Sworn to before me and subscribed in my presence,

Signature of Complainant
Kelly D. Bender, Special Agent
Federal Bureau of Investigation

_____     at     __Washington, D.C.__
Date                                                         City and State

_____     _____
Name & Title of Judicial Officer                    Signature of Judicial Officer