UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05 - 0522 - 01 |
| | : | |
| v. | : | |
| | : | UNDER SEAL    FILED |
| ANNA M. ANDERSON, | : | |
| | : | OCT 0 5 2005 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**GOVERNMENT'S MOTION TO FILE AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT, AND SUPPORTING PLEADINGS, UNDER SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Affidavit in Support of the Criminal Complaint and Arrest Warrant for Anna M. Anderson be placed under seal until the defendant has been arrested. For the same reasons which are discussed below, the government further requests that the instant Motion to File this Affidavit and the resulting Order be placed under seal by the Court until further Order of the Court.

The government plans to arrest the defendant on October 6, 2005, or as soon thereafter as possible. Ms. Anderson is to be arrested at her home at 15300 Auburn Hills Drive, Woodbridge, Virginia. The government is not sure, however, that the defendant will actually be at or near her home on October 6, 2005, and whether the government will be able to arrest her on that day. If the defendant learns of her impending arrest beforehand, the government fears that she may attempt to avoid being arrested, or may otherwise flee the jurisdiction.

The government further requests that this motion, the affidavit, and resulting Orders be filed under seal in order to protect the law enforcement officials who will be involved in the execution of the warrant, as well as any civilians who may be in the area when the warrant is executed.

Wherefore, the government requests that this motion, the affidavit, and the resulting Order be placed under seal. A proposed Order is attached for the Court's signature.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 451058

By: *Daniel P. Butler*
DANIEL P. BUTLER
D.C. Bar #417718
ASSISTANT U.S. ATTORNEY
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@usdoj.gov