UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0522M (DAR) |
| | : | |
| v. | : | |
| | : | |
| ANNA M. ANDERSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Daniel P. Butler, Bar Number 417718, telephone number (202) 353-9431 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

/s /
_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, DC 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Notice will be served by electronic filing on counsel for the defendant, Tony W. Miles, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, tony_miles@fd.org, on this 25th day of October, 2004.

/ s /
_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY