(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ANNA MARIA ANDERSON

## WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __ANNA MARIA ANDERSON__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit.

in violation of Title __18__ United States Code, Section(s) __1343__.

Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Title of Issuing Officer

Date and Location

Bail fixed at $ __$10,000__   by _[signature]_
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>10.05.05 | NAME AND TITLE OF ARRESTING OFFICER<br><br>SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER<br><br>_[signature]_ |
| DATE OF ARREST<br>10.14.05 | | |