UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
      Plaintiff,

vs.                                Criminal No. 05-450(EGS)
ANNA M. ANDERSON
      Defendant.

FILED

JAN 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)