UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

                              Criminal No. 05-450(EGS)

ANNA M. ANDERSON
    Defendant

FILED
JAN 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF INDICTMENT

I, ANNA M. ANDERSON the above named defendant, who is accused of __Wire Fraud__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 12, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment