UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           )
                                   )
         v.                        )  Criminal No. 05-450 (EGS)
                                   )
Anna M. Anderson                   )           FILED
                Defendant.         )         JAN 1 2 2006
                                   )
                                      NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

### ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house __Anna M. Anderson__ _____ at Central Treatment Facility until further Order of this Court.

1/12/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE