UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-450 (EGS) |
| | : | |
| v. | : | |
| | : | |
| ANNA M. ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO REVIEW ORDER OF DETENTION**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to defendant Anna M. Anderson's motion to review the order regarding her detention in this matter.

## I. FACTUAL BACKGROUND

On January 12, 2006, defendant pled guilty before the Court to a charge of wire fraud, which fraud involved her taking almost $900,000 between August of 2004 and August of 2005 from a lobbying firm at which she previously worked. As part of the plea agreement between the government and defendant, the government agreed not to oppose defendant's release pending sentencing. *See* Plea letter, dated December 12, 2005, page 4, ¶ 6. Defendant, however, pursuant to the plea agreement, recognized that "the final decision regarding her bond status or detention will be made by the Court at the time of her plea of guilty." *Id.*, ¶ 7. After accepting defendant's plea, the Court ordered her held without bond, in part due to the fact defendant was on probation from Virginia state court for embezzlement, the six year probationary term being imposed in October of 2003. Thereafter, defendant filed this motion asking that the Court reconsider her detention status.[1]

---

[1] Defendant filed her motion under seal "[b]ecause [her] medical condition is discussed in [her] motion." Defendant's Motion, page 1, n.1. Because this response does not address defendant's medical condition, it is not being filed under seal.

## II.  DISCUSSION

     As stated above, it has been and remains the government's position that the government does not oppose defendant's release pending her sentence.  The government recognizes, however, that the ultimate decision on that question is for the Court.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      UNITED STATES ATTORNEY


                                      /s /
                                      _____
                                      DANIEL P. BUTLER
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Bar No. 417718
                                      555 4th Street, N.W., Room 5231
                                      Washington, DC 20530
                                      (202) 353-9431
                                      Daniel.Butler@USDOJ.Gov