IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANA MARIE ANDERSON, )<br>)<br>Defendant. ) | Cr. No. 05-450 (EGS) |

**MOTION FOR A MODIFIED BRIEFING SCHEDULE AND A
CONTINUANCE OF THE APRIL 12, 2006 SENTENCING HEARING**

    Defendant, Ana Marie Anderson, respectfully requests that the briefing schedule with respect to the filing of each party's sentencing memorandum be modified. Ms. Anderson is also requesting that the April 12, 2006 sentencing hearing be continued. Ms. Anderson is requesting a modified briefing schedule and a continuance of her sentencing for a variety of reasons. First, in preparation for Ms. Anderson's sentencing hearing, Ms. Anderson is being evaluated by a psychologist. The psychologist evaluating Ms. Anderson needs additional time in order to have at least one additional meeting with Ms. Anderson and to prepare a report. Second, Ms. Anderson's counsel needs more time to get medical records relating to Ms. Anderson which may be relevant for her sentencing hearing. Third, Ms. Anderson needs additional time in order to have a better opportunity to provide substantial assistance to the government.

    The Assistant United States Attorney handling this matter, Daniel Butler, advised undersigned counsel that the government will defer to the Court with respect to this motion for a modified briefing schedule and for a continuance of Ms. Anderson's sentencing hearing. If this motion is granted, the parties are requesting that the briefing schedule for the instant case be modified as follows:

    1.    Defendant's sentencing memorandum due by May 9, 2006.

    2.    Government's sentencing memorandum due by May 16, 2006.

      3.      Defendant's reply sentencing memorandum, if any, due by May 22, 2006.

If this motion is granted, the parties request that Ms. Anderson's sentencing hearing be continued to sometime in either the week of June 12, 2006 (except for the morning of June 12) or the week of June 19, 2006.

## CONCLUSION

For the foregoing reasons, Ms. Anderson respectfully requests that the Court grant this motion for a modified briefing schedule and a continuance of the sentencing hearing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500