IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANA MARIE ANDERSON, )<br>)<br>Defendant. )<br>) | Cr. No. 05-450 (EGS) |

**ORDER**

Upon consideration of defendant's Motion for a Modified Briefing Schedule and a Continuance of the April 12, 2006 Sentencing Hearing, and the entire record in this matter, it is this _____ day of March, 2006, hereby

ORDERED that defendant's Motion is hereby granted; it is further

ORDERED that defendant Anderson shall be permitted, through counsel, to file a sentencing memorandum by May 9, 2006; the government is permitted to file its sentencing memorandum by May 16, 2006; and defendant Anderson is permitted to file any reply sentencing memorandum by May 22, 2006; and it is further

Ordered that the sentencing hearing in this matter is continued until _____, 2006.

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:

AFPD Tony Miles
AUSA Daniel Butler