### Select Federal Statutes, Regulations, Organizations and Practices
### Affecting Real Estate Transactions[1]

**ALTERNATIVE MORTGAGE TRANSACTION PARITY ACT** (12 USC 9 § 801 *et seq.*)

The Parity Act essentially applies to all residential mortgage transactions other than the traditional, fully amortizing, fixed interest rate mortgage loan.  Prior to the effective date of the Parity Act, non-federally chartered lenders were at a competitive disadvantage vis-à-vis federally chartered entities, which arguably were not subject to the limitations of state laws.  The Parity Act is designed to eliminate this disparity, by permitting creditors to take advantage of favorable federal regulations regarding alternative payment terms such as variable rates, balloon payments or call features.

**AMERICAN ARBITRATION ASSOCIATION (AAA)**

The American Arbitration Association (AAA) is dedicated to the resolution of disputes through mediation, arbitration, elections and other out-of-court settlement procedures or alternative dispute resolution (ADR) procedures.  AAA is the nation's largest full-service ADR provider (www.adr.org).

**AMERICAN BANKERS ASSOCIATION**

The American Bankers Association (www.aba.com) is a national trade and professional association serving the entire banking community, from small community banks to large bank holding companies.  The American Bankers Association was established in 1875, and is headquartered in Washington, DC.

**AMERICAN BAR ASSOCIATION**

The American Bar Association (ABA) is the largest voluntary professional association in the world, with over 400,000 members.  The ABA provides law school accreditation, continuing legal education and relevant programs to improve the legal system.  The ABA's resources include the Real Property, Probate and Trust Section, which includes the scholarly Journal publication, and the very useful DIRT List Serve and DIRT "Daily Developments" List Serve coordinated by Professor Pat Randolph of the University of Missouri-Kansas City, through which commentators exchange information on a wide range of postings.  (www.abanet.org)

**AMERICAN COLLEGE OF MORTGAGE ATTORNEYS (ACMA)**

ACMA (www.acmaatty.org) is an organization of approximately 400 lawyers with substantial experience in real estate mortgage lending, dedicated to improving the profession and reforming mortgage lending practices.  ACMA's headquarters are in Maryland.

---

[1] This appendix was in the *Real Estate Finance Journal* in Fall 2001.

**AMERICAN COLLEGE OF REAL ESTATE LAWYERS (ACREL)**

ACREL (www.acrel.org) is comprised of lawyers with outstanding professional reputations over careers of at least ten years in real estate law, who have made substantial contributions to the improvement of real estate law and practice.  ACREL's headquarters are in Maryland.

**AMERICAN CONGRESS ON SURVEYING AND MAPPING (ACSM)**  (301) 493-0200

ACSM (www.survmap.org) is the leading national organization of surveying and mapping professionals.  In conjunction with ALTA and the National Society of Professional Surveyors, ACSM produces the Minimum Standard Detail Requirements for Land Surveys.

**AMERICAN COUNCIL OF LIFE INSURERS (ACLI)**

ACLI (www.acli.com) is a trade association representing more than 490 life insurance companies.  ACLI produces a wealth of information on investment allocations, and performance of commercial real estate, mortgages and securities.

**AMERICAN INSTITUTE OF ARCHITECTS (AIA)** (http://www.aia.org)

The American Institute of Architects is the nation's largest association of architects.  AIA promulgated documents are the most widely recognized forms used in private construction projects.

**AMERICAN LAND TITLE ASSOCIATION (ALTA)** (http://www.alta.org) (1-800-787-ALTA)

ALTA is the leading national association of organizations involved in the title insurance industry.  ALTA provides government relations services for its members.  ALTA also publishes the ALTA/ACSM Minimum Standard Detail Requirements for Land Surveys, and publishes a wide variety of title insurance related forms.

**AMERICAN PUBLIC WORKS ASSOCIATION (APWA)**

APWA is an international educational and professional association of public agencies, private sector companies and individuals dedicated to providing high quality public works goods and services.  As an example, APWA promulgated "recommended marking guidelines for underground utilities" in September, 2001 (www.pubworks.org).

**AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM INTERNATIONAL)**

ASTM (www.astm.org), founded in 1898, is a developer and provider of voluntary consensus standards and related technical information and services, such as real property environmental site assessments, standards and protocols.

**AMERICAN SOCIETY OF HOME INSPECTORS (ASHI)** (http://www.ashi.org)

ASHI has established standards of practice and a code of ethics governing the conduct of member home inspectors in the United States and Canada.  (See http://www.homereviewinc.com/american.htm)

**AMERICANS WITH DISABILITIES ACT OF 1990** (42 U.S.C. §§ 12181 *et seq*. and 47 U.S.C. §§ 255 and 611)

The Americans with Disabilities Act (the "ADA") generally prohibits discrimination against individuals with disabilities in access to public accommodations.  The ADA applies to commercial real estate by requiring that newly constructed buildings be fully accessible and by requiring that alterations to existing buildings make the altered portions accessible.  Note that the ADA's provisions may apply to owners, management companies and tenants.  See also the 1988 amendments to the Fair Housing Act (28 U.S.C. §§ 2341, 2342; 42 U.S.C. §§ 3601, 3602, 3604-3608, 3610-3614, 3614a, 3615-3619, and 3631) (and the 1991 HUD regulations (24 C.F.R. Part 100.1 *et seq*.)) which set forth, among other things, design requirements for accessibility in new *multifamily* housing construction.

**APPRAISAL INSTITUTE**  (http://www.appraisalinstitute.org)

The Appraisal Institute has over 12,000 members across the nation, designed to promote education and research in the areas of residential and commercial real estate valuation.  The Appraisal Institute's members may earn specific designations based upon their skills in valuation services.  General appraisal members may hold the MAI, SRPA or SREA designations.  Residential appraisal members may hold the SRA or RM designations.  The Appraisal Institute provides continuing education services and promulgates a Code of Professional Ethics and Standards of Professional Appraisal Practices.  Currently, only the MAI and SRA designations are being conferred.

See also the Society of Real Estate Appraisers (http://www.globalnet.com), the American Institute of Real Estate Appraisers, and the Appraisal Foundation (http://www.appraisalfoundation.org).  The Appraisal Foundation addresses both standards of appraisals and qualifications of appraisers; the Foundation publishes the *Uniform Standards of Professional Appraisal Practice* (USPAP).

**(U.S.) ARMY CORPS OF ENGINEERS**

The Corps of Engineers is made up of approximately 34,600 civilian and 650 military men and women.  These engineers, scientists and other specialists provide engineering services, including planning, designing, building and operating water resources and other civil works projects, and design and construction management support for government agencies. (www.usace.army.mil)

**ASSIGNMENT OF CLAIMS ACT** (31 U.S.C. § 3727)

The Assignment of Claims Act (the "Claims Act") and the Federal Acquisition Regulation (see below) affect, among other things, loans secured by Federal office building

leases.  Under the Claims Act, a lessor of a Federal office building may assign its rights to be paid amounts due or to become due under leases to a bank, trust company, or other financial institution.  The assignee must file both a written notice of lease assignment and a copy of the lease assignment with the applicable federal contracting officer.  Lenders, investors (and as applicable, rating agencies) in loans secured by Federal office buildings generally require an opinion that the lease assignment complies with the terms of the Claims Act.

BANKRUPTCY CODE (11 U.S.C. §§ 101 *et seq.*)

The Bankruptcy Code and the Rules associated with the Code have a profound impact upon real estate practice in terms of document drafting and in terms of enforcement actions.  11 U.S.C. § 362 provides for the automatic stay and the grounds for relief from the stay.  11 U.S.C. § 1121(e) sets forth the small business fast track election.  11 U.S.C. § 548(a)(2)(A) is the fraudulent transfer provision; § 547 sets forth the preference provisions.  11 U.S.C. § 105 provides the bankruptcy court with broad equitable powers.  Note that a bankruptcy filing may impact the period of effectiveness of a UCC financing statement filing.  The Uniform Commercial Code provides that if a security interest is perfected by filing prior to the filing of the commencement of an insolvency proceeding by or against the debtor, then the security interest remains perfected during the pendency of that insolvency proceeding and thereafter for a period of sixty (60) days or the original expiration date of the filing, whichever is longer.

BOCA (BUILDING OFFICIALS & CODE ADMINISTRATORS INTERNATIONAL, INC.)
        (http://www.bocai.org/)

Building Officials & Code Administrators International, Inc. ("BOCA") is a not-for-profit membership association, comprised of more than 14,000 members including code enforcement officials and materials manufacturers.  Organized in 1915, BOCA International is one of the leading publishers of building codes, primarily for northern and eastern states.  Although the *BOCA Building Code* is not a federal statute, some jurisdictions have adopted the *BOCA Building Code* at the state level, and many local jurisdictions have adopted a code modeled on the *BOCA Building Code*.  See also the International Code Council.

BOMA INTERNATIONAL  (http://www.boma.org)

BOMA International ("BOMA") was founded in 1907, and currently represents eighty-four (84) associations of building owners and managers in the United States, ten (10) associations in Canada, and one each in Australia, Japan, Korea, the Philippines and South Africa.  Although not a federal agency, BOMA publishes the *Standard Method of Measuring Floor Area in Office Buildings* (the "Standard Method"), which is one of the measures of rentable area commonly referred to in office leases.  BOMA also publishes the Experience Exchange Report ("EER"), which reports on office building incomes, expenses and overall performance of a large number of buildings in the United States.

**COMMERCIAL MORTGAGE SECURITIES ASSOCIATION (CMSA), FORMERLY COMMERCIAL REAL ESTATE SECONDARY MARKET AND SECURITIZATION ASSOCIATION (CSSA)** (http://www.cssacmbs.org/)

CMSA is an umbrella organization of Commercial Mortgage Backed Securities (CMBS) industry participants designed to promote education and networking for its members and to continue the dramatic growth of the capital markets.

**COMMUNITY ASSOCIATIONS INSTITUTE (CAI)** (http://www.caionline.org) (703) 548-8600

CAI is the national association of residential condominium, cooperative and home owners associations, located in Alexandria, Virginia.

**COMMUNITY RE-INVESTMENT ACT** (12 U.S.C. §§ 2901 *et seq.*)

The purpose of the Community Re-investment Act (the "CRA") is to encourage regulated financial institutions to meet the credit needs of the local communities in which they are chartered. Certain federal financial supervisory agencies may promulgate regulations (principally found at 12 CFR Part 25) to carry out the purposes of the CRA, and are required to (i) take a regulated financial institution's record of meeting the credit needs of its community into account when reviewing such institution's application for a deposit facility, and (ii) report to Congress annually on the agency's actions under the CRA. Each assessment of a financial institution must include a written report containing both a public section, including a rating of the financial institution's record according to a scale contained in the CRA, and a confidential section. All or part of the confidential section of the report may be disclosed to the financial institution.

**CONSUMER CREDIT PROTECTION ACT** (15 U.S.C. Ch. 41)

See:  Truth-In-Lending Act
      Fair Credit Billing Act
      Fair Credit Reporting Act
      Equal Credit Opportunity Act
      Fair Debt Collection Practices Act
      Electronic Funds Transfers Act

**COUNCIL OF AMERICAN BUILDING OFFICIALS (CABO)**  See International Code Council.

**CREDIT UNION NATIONAL ASSOCIATION (CUNA)**  See NCUA.

**1996 DEFENSE AUTHORIZATION ACT** (10 U.S.C. §§ 2871 *et seq.*)

The 1996 Defense Authorization Act provides for various measures to implement the privatization of military housing, under the auspices of the Housing Revitalization Support Office of the Office of the Secretary of Defense. See also http://www.acq.osd.mil/iai/hrso/.

**ELECTRONIC FUNDS TRANSFER ACT** (15 U.S.C. §§ 1693-1693r) **AND REGULATION E** (12 CFR Part 205)

The purpose of the Electronic Funds Transfer Act ("EFTA") is to provide a framework for establishing the rights, liabilities, and responsibilities of participants in electronic fund transfer systems. EFTA is administered by the Board of Governors of the Federal Reserve System (the "Board"), and requires the Board to promulgate regulations (principally found at 12 CFR Part 205, Regulation E) to carry out the purposes of EFTA.

EFTA requires disclosures to be made to a consumer at the time a consumer contracts for an electronic funds transfer service. The disclosure must include, among other things, information regarding consumer liability for unauthorized transfers, types of available transfers, and fee information for each type of transfer.

EFTA, among other things:

(i)     requires that documentation of transfers be provided to the consumer,

(ii)    limits the liability of consumers for unauthorized charges to $50 in most circumstances,

(iii)   allows for pre-authorized transfers,

(iv)    provides a framework for resolving errors concerning a consumer's account,

(v)     prohibits the conditioning of an extension of credit on a consumer's use of an electronic fund transfer system,

(vi)    provides for civil and criminal penalties for violations, and

(vii)   requires the Board to make certain reports to Congress.

A consumer may recover treble damages from a financial institution for certain types of errors.

**ELECTRONIC SIGNATURES IN GLOBAL AND NATIONAL COMMERCE ACT** ("E-Sign")

The Electronic Signatures in Global and National Commerce Act ("E-Sign") was enacted on June 30, 2000 as 15 USC §§ 7001 *et seq.* E-Sign provides that an electronic form of signature is valid. "Electronic signature" is defined as "an electronic sound, symbol or process, attached to or logically associated with a contract or other record and executed or adopted by a person with the intent to sign the record." Note that there are a number of matters to which E-Sign does not apply, including portions of the UCC, and notices of default, acceleration or foreclosure. E-Sign also contains various record retention requirements. (See also UETA.)

## ENVIRONMENTAL LAWS

Lenders are very sensitive to environmental laws, both in terms of requiring borrowers to strictly comply with them and of relying upon them for guidance in avoiding liability. Environmental statutes include the following:

Resource Conservation and Recovery Act of 1976 (RECRA), 42 U.S.C. §§ 6901 *et seq.*
Comprehensive Environmental Response Compensation and Liability Act of 1980 (CERCLA), 42 U.S.C. §§ 9601 *et seq.*
Superfund Amendments and Reauthorization Act of 1986 (SARA), 42 U.S.C. § 9601 *et seq.*
Toxic Substances Control Act, 15 U.S.C. § 2601 *et seq.*
Hazardous Materials Transportation Act, 46 U.S.C. § 170, 49 U.S.C. §§ 1801 *et seq.*
Emergency Planning and Community Right to Know Act of 1986, 42 U.S.C. §§ 11001 *et seq.*
Solid Waste Disposal Act, 42 U.S.C. §§ 3251 *et seq.*
Safe Drinking Water Act of 1974, 42 U.S.C. §§ 300j *et seq.*
Occupational Safety and Health Act of 1970 (OSHA), 29 U.S.C. §§ 651 *et seq.*
Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*
Clean Water Act, 33 U.S.C. §§ 1251 *et seq.*
Clean Air Act, 42 U.S.C. §§ 7401 *et seq.*
National Environmental Policy Act of 1969, 42 U.S.C. §§ 4321 *et seq.*

## ENVIRONMENTAL PROTECTION AGENCY (EPA)  (www.epa.gov)

The EPA's mission is to protect human health and safeguard the natural environment. The EPA was established in July, 1970 in response to growing public demand for cleaner water, air and land.  The EPA's task is to repair the damage already done to the environment, and to regulate activities which represent a danger to the future of the environment.

## EQUAL CREDIT OPPORTUNITY ACT (15 U.S.C.§§ 1691 *et seq.*) AND REGULATION B (12 CFR Part 202)

The Equal Credit Opportunity Act ("ECOA") was enacted in 1974 to promote the availability of credit to all creditworthy applicants on a non-discriminatory basis.  The general rule prohibiting discrimination under ECOA provides that:

> "A creditor shall not discriminate against any applicant on a prohibited basis regarding any aspect of a credit transaction."
> (Regulation B § 202.4)

## ERISA – EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 (29 U.S.C.§§ 1001 *et seq.*)

The Employee Retirement Income Security Act ("ERISA") applies whenever an ERISA plan or its assets are involved, directly or indirectly on the lender or borrower side of a financing. ERISA and § 4975(c) of the Internal Revenue Code, subject to certain exceptions, prohibit transactions between a plan and a party in interest and also prohibit specific conflict of interest transactions involving the fiduciary of the plan.

FAIR CREDIT BILLING ACT (15 U.S.C. §§ 1666 *et seq.*)

The Fair Credit Billing Act governs correction of billing errors, regulation of credit reports, imposition of finance charges, prompt crediting of payments, regulation of tie-in services and a credit card issuer's right of offset.

FAIR CREDIT REPORTING ACT (15 U.S.C. §§ 1681 *et seq.*)

The Fair Credit Reporting Act imposes various limitations and obligations upon "users" of consumer credit reports and other information.

FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §§ 1692 *et seq.*)

The Fair Debt Collection Practices Act (the "FDCPA") imposes certain requirements on consumer debt collectors, including requirements to refrain from abusive or harassing actions in attempting to collect debts.  The FDCPA also requires certain "Miranda" warnings in written correspondence, including the right to dispute the debt.   Attorneys are no longer *per se* exempt from the provisions of the FDCPA.  See also Heintz v. Jenkins, 514 U.S. 291, 115 S.Ct. 1489 (1995), which held that attorneys who regularly collect consumer debt through litigation fall within the definition of "debt collector."

FAIR HOUSING ACT (See ADA)

FANNIE MAE (www.fanniemae.com)

FANNIE MAE was created in 1938 as a wholly-owned government corporation, designed to provide a secondary market for FHA-insured and later VA-guaranteed loans.  Fannie Mae is now the nation's largest corporation; a government sponsored entity owned by private shareholders.  Fannie Mae provides mortgage funds for home buyers and home owners by investing in conventional mortgages from institutions that originate them, both for its own portfolio and to be pooled and exchanged for mortgage-backed securities. The secondary market has been credited with increasing capital flow to real estate, moderating periods of capital shortfall, moderating regional investment risks and moderating regional differences in interest rates.

FDIC (FEDERAL DEPOSIT INSURANCE CORPORATION)

The FDIC insures deposits, provides statistical data on banking and promotes safe and sound banking practices through examinations and regulation of financial institutions. (www.fdic.gov)

FDIC IMPROVEMENT ACT OF 1991 (12 U.S.C. §§ 1823 *et seq.*)

The FDIC Improvement Act was designed to inject market forces into bank regulation by raising the cost of funds for institutions which take excessive risk.  The underlying policy goals were to get weak institutions to address their problems by requiring approved plans (which may limit dividends or force management changes) and creating a standard for judging an

institution's viability.  One of the byproducts of the FDIC Improvement Act was the increase in financial institution merger activity.

FEDERAL ACQUISITION REGULATION  (48 C.F.R. Part 1.100 *et seq.*)

The Federal Acquisition Regulation (the "FAR") and the Assignment of Claims Act (see above)  affect, among other things, loans secured by Federal office building leases.  The FAR sets forth procedures to be followed by the government under certain circumstances when it enters into a contract for the acquisition of property, other than the acquisition of land or land interests.  There is very little case law indicating whether a Federal office building lease is outside the scope of the FAR, so the FAR is potentially applicable to loans for which Federal office building leases serve as collateral.  The FAR requires the inclusion of a specific clause permitting the government to terminate a covered contract for the convenience of the United States.  When a contract is so terminated, the FAR requires that the contractor be fairly compensated for the portion of the contract terminated, as well as for the preparations made for the terminated portions of the contract.

FEDERAL DEPOSIT INSURANCE ACT (12 U.S.C.§§ 1811 *et seq.*)

This Act established the FDIC and its myriad supervisory and insurance roles in regulating financial institutions.

FEDERAL EMERGENCY MANAGEMENT AGENCY  (202) 646-2500 (http://www.fema.gov)

The Federal Emergency Management Agency ("FEMA") administers or has a role in the administration of several federal disaster relief programs, including the National Dam Safety Program, the National Flood Program and the National Earthquake Hazards Reduction Program.  FEMA's mission is to reduce loss of life and property and to protect the nation's critical infrastructure from all types of hazards through a comprehensive, risk-based, emergency management program of mitigation, preparedness, response and recovery.  Among other things, FEMA provides the National Flood Insurance Program Map and other flood information to purchasers and lenders.

FEDERAL HOUSING ADMINISTRATION (FHA)

FHA was established to improve housing standards and conditions, provide financing systems and stabilize the mortgage market.  FHA is a part of HUD.  (www.hud.gov/fha)

FEDERAL RESERVE BOARD

The Federal Reserve, the central bank of the U.S., was established by Congress in 1913 to provide a safe, flexible and stable monetary and financial system.  (www.federalreserve.gov)

FICO (FAIR ISAAC & COMPANY, INC.)

Many lenders use FICO scores to get a measurement of a potential borrower's creditworthiness, based upon a mathematical equation which evaluates payment history, amounts owed, and types of credit used.  (www.myfico.com)

**FASB (FINANCIAL ACCOUNTING STANDARDS BOARD)**

FASB is a private sector organization.  The mission of the Financial Accounting Standards Board is to establish and improve standards of financial accounting and reporting for the guidance and education of the public.  (www.fasb.org)

**FINANCIAL INSTITUTION REFORM, RECOVERY AND ENFORCEMENT ACT OF 1989** (12 U.S.C. §§ 1811 *et seq.*)

The stated goal of the Financial Institution Reform, Recovery and Enforcement Act of 1989 ("FIRREA") was to stem the large number of failures in the thrift industry.  FIRREA, among other things, abolished the Federal Home Loan Bank Board, dissolved the Federal Savings and Loan Insurance Corporation (shifting this insurance and supervisory obligation to the FDIC) and created the Office of Thrift Supervision and the Resolution Trust Corporation.  In addition, FIRREA prescribes appropriate standards, promulgated by the Appraisal Foundation, for the performance of real estate appraisals made in connection with federally related transactions.

**FINANCIAL SERVICES MODERNIZATION ACT** (See Glass – Steagall Act).

**FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980** (26 U.S.C. §§ 897, 1445, 6039C, and 6652)

The Foreign Investment in Real Property Tax Act of 1980 (the "FIRPTA Act") is the source of the FIRPTA affidavit seen in real estate transactions.  The FIRPTA Act provides that the gain or loss from the disposition of a United States real property interest shall be treated like a gain or loss connected with a trade or business under the rules governing non-resident aliens, or foreign corporations, as applicable.  The FIRPTA Act establishes certain minimum taxes and certain limitations on losses for individuals.

The FIRPTA Act provides a general rule that a transferee must withhold ten percent (10%) of the sale price when taking property from a foreign person, unless an exception is applicable.  Exceptions include:  (i) a transfer where the transferor furnishes a non-foreign affidavit, (ii) a transfer involving a residence where the amount realized does not exceed $300,000, (iii) a transfer involving publicly traded stock, and (iv) certain other exceptions.

The FIRPTA Act requires the filing of a return by certain foreign persons, and provides penalties for failure to file the return.

**FREDDIE MAC (FEDERAL HOME LOAN MORTGAGE CORPORATION)** (www.freddiemac.com)

FREDDIE MAC is a government sponsored entity, created in 1970 primarily as a secondary mortgage market for savings and loan associations.  Freddie Mac has few loans in its portfolio; instead, it purchases and packages mortgages into participation certificates or collateralized mortgage obligations.

**GARN – ST. GERMAIN DEPOSITORY INSTITUTIONS ACT OF 1982** (12 U.S.C. § 1701-j3)

The Garn – St. Germain Depository Institutions Act of 1982 gave the Federal Deposit Insurance Corporation broad powers to rehabilitate troubled insured banks, including, without limitation, the power to make loans to, deposits in, or purchase the stock or assets of, such banks.

The Act authorizes regulations (found at 12 CFR Part 591) which preempt state limitations on the exercise of due-on-sale clauses, provide guidelines for the exercise of a due-on-sale clause, and limit imposition of prepayment penalties. The regulations provide that except for certain loans originated near the time of the adoption of the regulations, the applicable loan documentation and the regulations exclusively govern the enforceability of a lender's due-on-sale clause. The regulations prevent a lender from exercising a due-on-sale clause upon (i) the creation of a subordinate lien on the property that does not relate to a transfer of occupancy rights, other than by contract for deed, (ii) the creation of a purchase money security interest for household appliances, (iii) a transfer by devise, descent, or operation of law on the death of a joint tenant or tenant by the entirety, (iv) the creation of a leasehold interest with a term of three years or less not containing a purchase option, (v) certain transfers involving family members or divorced spouses, or (vi) certain transfers to an inter vivos trust. Note that these limitations do not apply to due-on-sale clauses contained in reverse mortgages.

Lenders generally may not impose a prepayment penalty where the lender or lender's agent exercises a due-on-sale clause. Lenders may not impose a prepayment penalty where a borrower transfers property subject to a security interest to a transferee that satisfies the lender's underwriting guidelines, if the lender fails to approve the transferee's credit application within thirty days of receipt of the application.

A lender waives its right to exercise a due-on-sale clause if, before the transfer, the lender and the borrower's prospective successor-in-interest agree that the successor-in-interest will be obligated under the loan at an interest rate that the lender shall request. Upon such an agreement, a lender must release the existing borrower from all obligations under the loan, and the lender is deemed to have made a new loan to the successor in interest.

Note that the text of the statute limits the application of the foregoing restrictions to a real property loan secured by a lien on residential real property containing less than five dwelling units (including a lien on the stock allocated to a dwelling unit in a cooperative). The restrictions in the regulations apply to a loan on the security of a home occupied or to be occupied by the borrower.

**GENERAL SERVICES ADMINISTRATION (GSA)**

GSA is a central management agency that sets Federal policy in such areas as Federal procurement, real property management and information resources management. GSA was established by the Federal Property and Administration Agencies Act of 1949. GSA provides workspace for more than one million Federal workers. (www.gsa.gov)

**GINNIE MAE (GOVERNMENT NATIONAL MORTGAGE ASSOCIATION)** (www.ginniemae.gov)

GINNIE MAE was created as a wholly-owned government association in 1968, when it was partitioned from Fannie Mae as part of the Housing and Urban Development Act of 1968. In 1970, Ginnie Mae created the first publicly-traded pass-through securities representing undivided interests in pools of mortgages insured by FHA or guaranteed by VA or Rural Housing Service (formerly Farmers Home Administration). Ginnie Mae's primary function continues to be operation of its mortgage-backed securities program. Unlike Fannie Mae and Freddie Mac, a Ginnie Mae security is backed by a federal government guaranty. Ginnie Mae is a guarantor rather than an issuer, seller or buyer of mortgages or mortgage-backed securities.

**GLASS-STEAGALL ACT OF 1933** (12 USC § 377)

The Glass-Steagall Act of 1933 legislated the separation between banks, insurance companies and brokerage firms. Banks couldn't underwrite insurance policies or market certain investment products; insurance companies couldn't offer loans or other banking services; brokerage firms could not be owned by banks or insurance companies. The legislation came in the wake of the Great Depression. In 1999, Congress enacted the Gramm-Leach-Bliley Act which repealed the Glass-Steagall Act as part of the Financial Services Modernization Act. Essentially, this means that banks, insurance companies and brokerage firms can merge or consolidate, and there are no restrictions on offering their customers a full range of financial products and services. Some observers point to CitiBank's acquisition of both Traveler's Insurance and the Solomon Smith Barney brokerage firm as a catalyst to the repeal of the Glass-Steagall Act.

**GRAMM-LEACH-BLILEY ACT** (see Glass-Steagall)

**HOME MORTGAGE DISCLOSURE ACT AND REGULATION C** (12 U.S.C. § 2801 and 12 CFR Part 203)

The Home Mortgage Disclosure Act ("HMDA") represents Congress' attempt to reduce the practice of lending institutions refusing to lend in older, blue-collar or ethnic neighborhoods ("redlining") by requiring such institutions to disclose their lending patterns. HMDA is limited in scope to identification of redlining practices. HMDA contains no requirement to make specific loans and no penalty for failing to make loans in a particular area.

HMDA covers "financial institutions" that make at least one "federally related mortgage loan" each year, and "other lending institutions" that meet certain other criteria. There are certain express exemptions from HMDA, including institutions with less than $10,000,000 in assets, institutions located outside a metropolitan statistical area, and institutions subject to state disclosure requirements. HMDA requires covered institutions to disclose information related to the number of applications for, and originations and acquisitions of, loans to purchase residential units or to improve such units. The information required to be disclosed includes, among other things, the date of loan application, the type and purpose of the loan, the owner occupancy status of the property, the amount of the loan, the location of the secured property, the national origin and gender of the applicant, and the type of entity that purchased any closed loan.

**HOME OWNERSHIP DEBT COUNSELING ACT** (12 U.S.C. § 1701(x)(c)(5))

The Home Ownership Debt Counseling Act requires creditors of delinquent home loans to notify most homeowners of the availability of any homeownership counseling offered by the creditor, as well as the availability of one of the following:  (i) homeownership counseling provided by certain approved non-profit organizations, (ii) a list of approved organizations experienced in providing homeownership counseling that can be obtained from HUD, or (iii) homeownership counseling provided for VA insured loans.

This statute requires that notice be given in advance of any adverse action taken, and within forty-five (45) days after the default, to afford the homeowner time to take advantage of the possible assistance that debt counseling might provide.  Note that there is no distinction in this statute between commercial or consumer debt; if the debt is secured by an obligor's home, then the notice requirement is implicated.

**HOME OWNERSHIP AND EQUITY PROTECTION ACT OF 1994** (15 U.S.C. §§ 1602, 1604, 1610, 1639, 1640, 1641, 1647, 1648)

The Home Ownership and Equity Protection Act of 1994 (HOEPA") provides for certain disclosures to be made in a mortgage transaction where (i) the annual percentage rate at the consummation of the transaction exceeds the yield on Treasury securities having comparable periods of maturity by more than ten (10) percentage points, or (ii) the total points and fees exceed the greater of eight percent (8%) of the loan amount or Four Hundred Dollars ($400).  These thresholds are subject to changes in the CPI or by regulation.  HOEPA also requires certain disclosures to be made in any reverse mortgage transaction.

**HOUSING AND URBAN DEVELOPMENT, DEPARTMENT OF (HUD)**

HUD was created in 1965 as a federal, cabinet-level agency, to create opportunities for home ownership; provide housing assistance for low-income persons; create, rehabilitate and maintain affordable housing stock; and enforce fair housing laws.  HUD traces its history back to the U.S. Housing Act of 1937.  (www.hud.gov)

**INDEPENDENT COMMUNITY BANKERS OF AMERICA** (ICBA) (**WWW.ICBA.ORG**)

For more than seventy years, ICBA has served as the trade association for more than 5,000 community banks, for legislative lobbying purposes and for networking, communication and education purposes.  ICBA is headquartered in Washington, DC.

**INTERNAL REVENUE CODE PROVISIONS (SELECTED PROVISIONS)** (U.S.C. TITLE 26)

**1099 REPORTING Requirements** (26 U.S.C. § 6045; Treasury Regulation 1.6045)

26 U.S.C. § 6045 and Treasury Regulation 1.6045-4 (collectively, the "Reporting Requirements") contain the requirement that a Form 1099 be delivered to the Internal Revenue Service in connection with certain real estate transactions.  The Reporting Requirements define "real estate transaction," determine which participant in the transaction is responsible for reporting, and contain other requirements related to the

form.  Note that a noteholder is required to file a Form 1099 to report cancellation of indebtedness income.

### PROVISIONS RELATED TO REITS AND REMICS (26 U.S.C. §§ 851 *et seq.*)

The Internal Revenue Code provisions related to qualification and maintenance of status for Real Estate Investment Trusts and Real Estate Mortgage Investment Conduits are found at 26 U.S.C. § 851 and the related Treasury Regulations.

### § 1031 LIKE-KIND EXCHANGES

§ 1031 provides an exception to the general rule that gains or losses arising from the sale or exchange of property are to be recognized as ordinary income for tax purposes.  Under § 1031, no gain or loss is recognized when property held for productive use in trade or business or for investment is exchanged solely for "like-kind" property.  The tax on the exchange is deferred in the form of a basis adjustment, recognized upon the disposition of the replacement property.  (See also § 1033 regarding the tax deferral on money awarded pursuant to a proceeding in eminent domain.)

### CANCELLATION OF INDEBTEDNESS INCOME (26 U.S.C. § 108).

This section provides that certain debt forgiveness shall be treated as taxable income to the obligor.

### LOW-INCOME HOUSING TAX CREDITS (26 U.S.C. § 42)

The Low-Income Housing Tax Credit (the "LIHTC") is a federal attempt to attract private equity investors to low-income rental housing.

The LIHTC is allowed as a direct offset against the regular income tax liability of the owner of a qualified low-income housing project built or acquired and substantially rehabilitated after 1986.  The credit is allowed annually over a 10-year period beginning with the tax year in which the project is placed in service or, at the owner's election, the next tax year, and is based on the qualified basis of each low-income building in the project.  There are tenant income level, gross rent, and other requirements applicable to the LIHTC.

### NEW MARKETS TAX CREDIT

The Community Tax Relief Act of 2000 amended the Internal Revenue Code by adding IRC § 45D, the New Markets Tax Credit (NMTC).  The NMTC is designed to help underserved low-income communities by offering investors an attractive tax benefit, which will increase return on investment while fulfilling Community Reinvestment Act obligations.  Investments may be made in retail shopping centers, offices buildings and industrial/warehouse facilities; residential rental housing is not eligible for the NMTC.

REHABILITATION TAX CREDIT (26 U.S.C. § 47)

      The Rehabilitation Tax Credit (the "RT Credit") is a one-time tax credit based on a fixed percentage of rehabilitation costs.  There are two tiers to the RT Credit:  (i) a 10% credit available for buildings that were placed in service before 1936, and (ii) a 25% credit available for buildings that qualify as "certified historic structures."  Treasury Regulations define what type of work qualifies as a rehabilitation (Treasury Regulation § 1.48-12(c)), and set forth other requirements for the RT Credit.

(IRS) TAX LIEN (26 U.S.C. § 7425).

      This provision governs issues relating to the effect of a foreclosure sale pursuant to a mortgage or deed of trust, which is prior in time to an IRS lien.  Generally the IRS will have one hundred twenty (120) days from the date of the foreclosure sale, in which to redeem the property, if proper notice was delivered to the IRS.  If proper notice is not delivered, then the IRS lien survives the foreclosure sale.  (See also the Federal Tax Lien Act of 1966, 26 U.S.C. § 6321, and the Uniform Federal Tax Lien Registration Act, adopted by Virginia as Virginia Code Section 55-1421).

INTERNATIONAL CODE COUNCIL (ICC) (http://www.intlcode.org)

      In 1994 the Building Officials and Code Administrators (BOCA), the International Conference of Building Officials (ICBO) and the Southern Building Code Congress International (SBCCI) joined forces to develop a single set of construction codes for the United States.

INTERNATIONAL CONFERENCE OF BUILDING OFFICIALS (ICBO) (http://www.icbo.org)

      ICBO is an organization of member cities, counties and states designed to promote safe construction through its *Uniform Building Code*.  See also the International Code Council.

INTERNATIONAL COUNCIL OF SHOPPING CENTERS (ICSC)

      ICSC is the international trade association of the shopping center industry (www.icsc.org).

INTERSTATE LAND SALES FULL DISCLOSURE ACT (ILSDA) (15 U.S.C.§§ 1701 *et seq.*)

      Essentially, this act prohibits a developer from using interstate commerce to convey a lot in a subdivision (residential or commercial) unless the developer has filed a Statement of Record with the Secretary of the Department of Housing and Urban Development, and has delivered a Property Report to purchasers.  ILSDA also has broad anti-fraud provisions.

MERS (MORTGAGE ELECTRONIC RECORDING SYSTEM) (www.mersinc.org)

      MERS was created by the real estate finance industry to eliminate the need to prepare and record assignments when conveying mortgage loans, by showing MERS as the noteholder's nominee in the appropriate recorder's office.  MERS has more than eight million loans in its system.  MERS is headquartered in Virginia.

MILLER ACT (40 U.S.C. §§ 270a-270f)

The Miller Act requires the posting of a performance bond and a payment bond before any person is awarded a contract for the construction, alteration, or repair of any public building. A person furnishing labor or materials under such a contract may proceed against the payment bond if such person has not been paid after ninety (90) days. A government contracting officer may require a greater bond, and certain agencies may waive the bond requirements.

MONEY LAUNDERING ACT (18 U.S.C. § 1956); BANK SECRECY ACT (31 U.S.C. § 5313)

The Money Laundering Act provides for criminal and civil sanctions for knowingly performing a financial transaction using the proceeds from a "specified unlawful activity" with the intent of promoting the unlawful activity or concealing the nature or source of the proceeds of the unlawful activity.

The Bank Secrecy Act requires that financial institutions file currency transaction reports (IRS Form 4789) with the Internal Revenue Service, for all currency transactions in excess of $10,000. (See also 31 C.F.R. 103 et seq.) Any person, including an attorney, who in the course of trade or business receives cash in excess of $10,000 in one transaction, or a series of related transactions, must file IRS Form 4789 with the Internal Revenue Service, pursuant to 26 U.S.C. § 6050 I, and 26 C.F.R. § 1. 6050 I-1. These laws are designed, in part, to attack the underlying criminal activity by making it more difficult for criminal actors to accumulate wealth through legitimate sources.

MORTGAGE BANKERS ASSOCIATION ("MBA")

The MBA represents the real estate finance industry for the purpose of cooperative achievement of legislative, regulatory, educational and similar objectives. Mortgage bankers make, sell and service loans secured by residential and commercial real estate; mortgage bankers are the primary suppliers of loans to the secondary market through programs administered by Fannie Mae, Freddie Mac, Ginnie Mae and CMBS participants. (www.mbaa.org)

MISMO (MORTGAGE INDUSTRY STANDARDS MAINTENANCE ORGANIZATION)

MISMO is composed of professionals who are members of the MBA and the CMSA. MISMO's mission is to develop, promote and maintain voluntary electronic commerce standards for the mortgage industry. Standardization of loan-related data tracking is designed to promote market efficiency. (www.MISMO.org)

MULTIFAMILY MORTGAGE FORECLOSURE ACT OF 1991 (12 U.S.C. §§ 3701 et seq.)

The Multifamily Mortgage Foreclosure Act attempts to create a more uniform and more expeditious non-judicial foreclosure procedure for HUD-held multifamily mortgages. The Act requires twenty-one day notice to those with an interest in the property, and provides no post-sale redemption period.

**NATIONAL ASSOCIATION OF HOMEBUILDERS (NAHB)**

NAHB considers itself to be the "voice of the housing industry". NAHB is an advocate for a strong national housing policy to help the country achieve the goal of providing a decent home and suitable living environment for every American family. NAHB is involved in "smart growth" initiatives and LIHTC programs, among others. (www.nahb.com)

**NATIONAL ASSOCIATION OF INDUSTRIAL AND OFFICE PROPERTIES (NAIOP)**

NAIOP is a national association of 9,500+ members representing the interests of developers and owners of industrial, office and related commercial real estate. NAIOP provides education, government affairs, communication, networking and business services for real estate professionals. (www.naiop.org)

**NATIONAL ASSOCIATION OF REAL ESTATE INVESTMENT TRUSTS (NAREIT)**

NAREIT is the national trade association for real estate companies. NAREIT members are REITS and other businesses that own, operate and finance income-producing real estate, as well as those firms and individuals who advise, study and service those businesses. NAREIT performs legislative, educational, networking and research services for its members. Note that a large number of REITs are headquartered in Maryland. (www.nareit.com)

**NATIONAL ASSOCIATION OF REALTORS (NAR)** (http://www.realtor.com)

NAR bills itself as the world's largest professional association, comprised of approximately 720,000 members including "brokers, salespeople, property managers, appraisers, counselors and others" engaged in all aspects of the residential and commercial real estate industries. REALTORS pledge to abide by a Code of Ethics and Standards of Practice. NAR also promulgates contract materials for members' use.

**NATIONAL CONFERENCE OF COMMISSIONERS ON UNIFORM STATE LAWS (NCCUSL)**

NCCUSL is comprised of more than 300 lawyers, judges and law professors, organized to draft proposals for uniform and model laws on subjects where uniformity is desirable and practical. NCCUSL then lobbies for enactment of these model acts. (www.nccusl.org)

**NATIONAL CREDIT UNION ADMINISTRATION (NCUA)**

The National Credit Union Administration (NCUA) is an independent federal agency which supervises, insures and regulates the conduct of the country's credit unions. NCUA is headquartered in Alexandria, Virginia (www.ncua.gov). [NCUA is distinguished from CUNA, the Credit Union National Association, which is an industry trade association (www.cuna.org).]

## NATIONAL FLOOD INSURANCE ACT OF 1968, FLOOD DISASTER PROTECTION ACT OF 1973 AND NATIONAL FLOOD INSURANCE REFORM ACT OF 1994 (TITLE V OF THE RIEGLE COMMUNITY DEVELOPMENT AND REGULATORY IMPROVEMENT ACT) (42 U.S.C. §§ 4001 *et seq.*)

The National Flood Insurance Act of 1968, the Flood Disaster Protection Act of 1973 and the National Flood Insurance Reform Act of 1994 (collectively, the "Flood Acts") and the regulations promulgated under the Flood Acts (principally found at 44 CFR Part 59 *et seq.*) are designed to authorize a national flood insurance program, to encourage State and local governments to make land use adjustments to minimize flood losses, and to encourage credit providers to further the flood insurance program. The Flood Acts' provisions require, among other things, (i) that State and local governments participate in the flood insurance program in order to receive Federal financial assistance, and (ii) the purchase of flood insurance by property owners being assisted by Federal programs or by federally regulated agencies in the acquisition or development of land or facilities located in flood prone areas. FEMA prepares the relevant flood maps.

## NATIONAL HISTORIC PRESERVATION ACT (16 U.S.C. §§ 470 et seq.)

The National Historic Preservation Act, was enacted to accelerate federal historic preservation programs and to encourage similar efforts on state, local, and private levels. This act, among other things, requires the heads of federal agencies to take into account the effect that an "undertaking" within such agency's control may have on historic sites. The act further directs agency heads to provide the Advisory Council on Historic Preservation with a reasonable opportunity to comment on any such undertaking. The act does not require federal agencies to implement the comments of the Advisory Council in their plans for an undertaking, nor does it preclude agencies from continuing with a project that harms a historic site.

## NATIONAL MULTI-HOUSING COUNCIL (NMHC)

NMHC is a national association representing the interests of large, prominent apartment concerns. The association performs advocacy, research and education work. This association is based in Washington, DC. (www.nmhc.org)

## NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS (NSPE) (http://www.nspe.org)

NSPE was founded in 1934 to promote engineering licensure and ethics and to advocate for professional engineers at the national and state levels.

## NATIONAL SOCIETY OF PROFESSIONAL SURVEYORS (NSPS)

NSPS strives to establish and further the common interests of all professional surveyors, through communication, education and legislative efforts. (www.acsm.net/nsps)

## NAVIGABLE WATERWAYS (33 U.S.C. §§ 1 *et seq.*)

33 U.S.C. §§ 1 *et seq.* ("Title 33") contains a broad array of separate acts governing the nation's navigable waterways. Title 33 authorizes the Secretary of the Army to promulgate rules

and regulations governing navigable waterways generally.  Certain of the acts give authority over certain waterways to states or groups of states.  Among the areas of regulation are rules and regulations designed to prevent the collision of vessels on such waterways.

Also included in Title 33 are acts governing the construction and operation of bridges over navigable waterways.  Chapter 11 of Title 33 requires that persons constructing such bridges do so in accordance with a the provisions set forth in Chapter 11, and submit plans and specifications for such bridges to the Secretary of Transportation.  Among other things, if the construction of a bridge's pier or abutment deflects the current of a navigable waterway so as to damage the rights of riparian owners along such waterway, the Secretary the Army shall upon complaint by the injured riparian owner (i) investigate such complaint, and (ii) if the complaint is valid, cause the owner or operator of the bridge to repair such damage within a determined time.  If the owner or operator fails to repair the damage within the determined time, the owner or operator shall be liable for double the amount of the injury.

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA)

OSHA is a division of the U.S. Department of Labor, created in 1971 pursuant to the Occupational Safety and Health Act whose mission is to prevent work-related injuries, illnesses and deaths.

## OFFICE OF THE COMPTROLLER OF THE CURRENCY (OCC)

The OCC charters, regulates and supervises banks.  Federal and state-chartered banks must comply with applicable regulations of the OCC.  The OCC was established in 1863 as a bureau of the US Department of the Treasury.  (www.occ.treas.gov)

## OFFICE OF THRIFT SUPERVISION (OTS)

OTS is the primary regulator of all federally chartered and many state-chartered thrift institutions.  OTS was established as a bureau of the US Department of Treasury on August 9, 1989.  (www.ots.treas.gov)

## PATENTS, TRADEMARKS, AND COPYRIGHTS

Each of the foregoing forms of intellectual property can be the subject of a security interest.  To perfect such a security interest, the instrument giving rise to such security interest must be filed in the office where records pertaining to transfers of the applicable form of intellectual property are kept, and must be accompanied by a cover sheet in a form acceptable to the recording office.  The statutes creating the recording offices and procedures for each type of intellectual property are as follows:  (i) 17 U.S.C. §§ 201 *et seq.* (Copyrights) allows for recordation of transfers of copyright ownership with the Copyright Office, which is a division of the Library of Congress; (ii) 15 U.S.C. §§ 1051 *et seq.* (Trademarks) provides for the issuance of a certificate of registration of a trademark to an assignee upon the recordation of an assignment with the Patent and Trademark Office; and (iii) 35 U.S.C. §§ 261 *et seq.* (Patents) provides that assignments, grants, or conveyances of a patent shall be void against a subsequent purchaser or mortgagee for valuable consideration, without notice, unless it is recorded in the Patent and

Trademark Office within three (3) months of its date or prior to the date of the subsequent purchase or mortgage.

REAL ESTATE ROUNDTABLE

Real Estate Roundtable is a DC-based lobbying entity for the commercial real estate industry, comprised of 100 chairmen, CEOs, presidents and managing directors of public and private property owners, real estate trade organizations, asset managers and members of the financial services industry.  (www.rer.com)

REAL ESTATE SETTLEMENT PROCEDURES ACT (12 U.S.C. §§ 2601 *et seq.*) AND REGULATION X (24 CFR Part 3500)

The Real Estate Settlement Procedures Act and the regulations promulgated thereunder including Regulation X are a broad attempt to control settlement costs in the residential mortgage industry. RESPA covers the wide spectrum of "federally related mortgage loans."  RESPA, (i) provides for disclosure obligations (such as the Special Information Booklet, the Good Faith Estimate, the HUD-1 Settlement Statement, and transfer of loan servicing rights), (ii) prohibits unearned fees and kickbacks, (iii) regulates escrow accounts, and (iv) regulates controlled business arrangements.

Regulation X also includes anti-red-lining provisions.

REGULATION C (12 CFR Part 203)  See Home Mortgage Disclosure Act.

REGULATION D (12 CFR Part 204)

Regulation D sets forth reserve requirements for banks.  A Bank must maintain certain amounts in reserve depending on the deposits held by such Bank (as defined by the regulation), pursuant to a formula contained in the regulation.

REGULATION G (12 CFR Part 207)

Regulation G, issued under the Securities and Exchange Act of 1934, applies to persons other than banks, brokers or dealers, who extend or maintain credit secured directly or indirectly by margin stock and who are required to register with the Board of Governors of the Federal Reserve.  Credit extended by such persons is regulated by limiting the amount of a loan to fifty percent of the value of the collateral securing the credit, if the purpose of the credit is to buy or carry margin stock.

REGULATION H (12 CFR Part 203) AND REGULATION Y (12 CFR Part 225)

Regulation H and Regulation Y set forth the risk-based capital adequacy measures for state member banks and bank holding companies, respectively, as adopted by the Board of Governors of the Federal Reserve System.  These regulations establish a framework for calculating an institution's "risk-based capital ratio" and establish certain minimum capital ratios.

REGULATION P (12 CFR Part 216)

Regulation P is designed to protect the privacy of consumer financial information, by (i) requiring financial institutions to provide notice to customers of their privacy policies and practices, (ii) setting forth the circumstances under which a financial institution may disclose personal information about consumers to others, and (iii) providing consumers a method of preventing financial institutions from disclosing personal information by "opting out" of their privacy policies.

REGULATION T (12 CFR Part 220)

Regulation T regulates extensions of credit by and to brokers and dealers. It also covers related transactions within the Board of Governors of the Federal Reserve's authority under the Securities Exchange Act of 1934. It imposes, among other things, initial margin requirements and payment rules on securities transactions.

REGULATION U (12 CFR Part 221)

Regulation U, issued under the Securities and Exchange Act of 1934, imposes credit restrictions upon banks that extend credit for the purpose of buying or carrying margin stock if the credit is secured directly or indirectly by margin stock. Banks may not extend credit of more than fifty percent of the value of the collateral securing such credit as set by the Board of Governors of the Federal Reserve.

**REGULATION X** (See Real Estate Settlement Procedures Act)

**REGULATION Z** (See Truth in Lending Act)

**RESIDENTIAL LEAD-BASED PAINT HAZARD REDUCTION ACT OF 1992** (42 U.S.C. §§ 4852 *et seq.*)

The Residential Lead-Based Paint Hazard Reduction Act of 1992 and the regulations promulgated thereunder (24 CFR Part 35) are designed to educate the public about the dangers of lead-based paint and to reduce lead-based paint hazards. The act accomplishes this by placing duties on sellers, lessors, and agents. Generally, sellers and lessors of property built prior to 1978 must provide prospective purchasers or tenants with a copy of an EPA pamphlet, disclose all information known about lead-based paint on the subject property, and include a lead warning statement in the contract or lease. Sellers must additionally allow a buyer a ten (10) day inspection period to test for lead-based paint. Sellers and lessors must retain signed acknowledgements to prove compliance with the regulations. Agents must ensure that sellers and lessors comply with their disclosure obligations. There are substantial penalties for violations of this act. See also http://www.epa.gov/opptintr/lead/.

**RIEGLE COMMUNITY DEVELOPMENT AND REGULATORY IMPROVEMENT ACT OF 1994** (12 U.S.C. §§ 4701 *et seq.*)

The purpose of the Riegle Community Development and Regulatory Improvement Act of 1994 includes the creation of a Community Development Financial Institutions Fund designed to

promote economic revitalization and community development by investing in and assisting "community development institutions."

**SECONDARY MORTGAGE MARKET ENHANCEMENT ACT OF 1984** (15 U.S.C. §§ 1701 *et seq.*)

The Secondary Mortgage Market Enhancement Act of 1984 (the "SMMEA") is designed to increase the amount of mortgage capital available to consumers by increasing the liquid assets available to loan originators. SMMEA preempts state laws to allow any person, trust, corporation, partnership, association, business trust, or business entity to invest in mortgage related securities, small business related securities, or securities guaranteed by Fannie Mae or Freddie Mac, to the same extent that such a person or entity could invest in obligations issued or guaranteed by the United States under state law.  States may opt out of the provisions of SMMEA within a time period set by the statute.

**SECURITIES ACT OF 1933** (15 U.S.C. §§ 77a *et seq.*)

The Securities Act of 1933 and the regulations promulgated under that act, among other things, provide for the registration of domestic and foreign securities in preparation for the initial issuance of the securities.

Interests in limited liability companies or partnerships will be treated as securities if construed as "investment contracts" under the test established by the U.S. Supreme Court in SEC v. Howey (328 U.S. 293 (1946)).  The test basically provides that an investment contract is an investment of money in a common enterprise with an expectation of profit from the efforts of others.  This determination will be made on the facts and circumstances of a particular situation. Entities whose members or partners have a meaningful role in management will typically not have their interests deemed to be securities.  A "meaningful role in management" includes  the power to affect management on an ongoing basis by having rights to approve or reject loans, encumber the entity's assets, make modest changes in the nature of the entity's business, replace management, set compensation for managers and to vote on significant developments such as dissolution.

**SECURITIES AND EXCHANGE ACT OF 1934** (15 U.S.C. §§ 78a *et seq.*)

The Securities and Exchange Act of 1934 and the regulations promulgated under that act, among other things, established the Securities and Exchange Commission, which regulates secondary market trade transactions on securities exchanges, once securities have been issued.

**SINGLE FAMILY MORTGAGE FORECLOSURE ACT OF 1994** (12 U.S.C. §§ 3751 *et seq.*)

The Single Family Mortgage Foreclosure Act tracks the provisions of the Multifamily Mortgage Foreclosure Act to streamline the process of HUD foreclosures pursuant to single family mortgages.

SMALL BUSINESS JOB PROTECTION ACT OF 1996 (P.L. 104-188; Amended or enacted numerous sections of 26 U.S.C.)

This Act aided in the growth of FASITS (financial assets securitization investment trusts), which are loosely based on REMICS, but among other things, offer more flexibility in the types of assets held, and the permitted substitution or addition of assets.

SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940 (U.S.C. 50 App. 501)

The Soldiers' and Sailors' Civil Relief Act (the "Act") is a broad act designed to protect the rights of a person in the military during such person's period of military service.   The Act includes provisions governing the terms of installment contracts, mortgages, assignments and leases.

The Act provides for, among other things, temporary suspension of legal proceedings and transactions which may prejudice military personnel and reservists called to active duty, if the military person can demonstrate that his or her ability to comply with the terms of certain obligations has been materially affected by reasons of military service.

SOUTHERN BUILDING CODE CONGRESS INTERNATIONAL, INC. (SBCCI) (http://www.sbcci.org) (205) 591-1853

SBCCI has maintained its set of model building codes, *Standard Building Codes*, since 1940.  See also the International Code Council.

TELECOMMUNICATIONS ACT OF 1996 (47 U.S.C. 332)

The Telecommunications Act of 1996 (the "Act") provides, among other things, that nothing in Chapter 5 of Title 47 (governing wire and radio communication) shall limit or affect the authority of a State or local government over decisions regarding the placement, construction, and modification of personal wireless service facilities ("PWS Facilities"), including cellular tower antennas.  In making such decisions, a State or local government shall not (i) unreasonably discriminate among providers of functionally equivalent services, or (ii) prohibit or have the effect of prohibiting the provision of personal wireless services.

A State or local government shall act on any request for authorization to place, construct, or modify a PWS Facility within a reasonable time.  Any denial of a request to place, construct, or modify a PWS Facility shall be in writing and supported by substantial evidence contained in a written record.  The Act limits a State or local government's ability to regulate PWS Facilities on the basis of the environmental effects of radio frequency emissions, and provides for expedited judicial review of State or local government action in violation of the Act.

TREASURY, U.S. DEPARTMENT OF THE

The U.S. Department of the Treasury formulates economic, fiscal and tax policies, oversees and regulates savings institutions and national banks through the OCC and OTS, enforces the law through the Customs Service and ATF, protects the President through the Secret

Service and manufactures currency through the Bureau of Engraving and Printing and the U.S. Mint.

TRUTH-IN-LENDING ACT (15 U.S.C. §§ 1601 *et seq.*) AND REGULATION Z (12 CFR Part 226)

The Truth-in-Lending Act and Regulation Z ("TILA") constitute broad legislation designed to assure meaningful disclosure of credit terms, help consumers avoid the uninformed use of credit, and to protect consumers from unfair credit billing practices. TILA includes, without limitation, disclosure provisions, a right of rescission, credit advertising provisions, and enforcement provisions.

## UNIFORM COMMERCIAL CODE (UCC)

The UCC is designed to streamline commercial transactions by simplifying, clarifying and bringing uniformity to the various states' laws relating to personal property. For real estate practitioners, each of the nine Articles are relevant, particularly Article 3 Negotiable Instruments, and Article 9 Secured Transactions.

## UNIFORM COMPUTER INFORMATION TRANSACTIONS ACT (UCITA)

UCITA represents an effort to develop a new, uniform legal framework in computer information transactions. UCITA is a contract law statute that will apply to computer software, multimedia products, computer data and databases, online information and related products. The underlying purpose of UCITA is to extend relevant portions of the UCC to computer information.

## UNIFORM ELECTRONIC TRANSACTIONS ACT (UETA)

The Uniform Electronic Transaction Act ("UETA") was promulgated by the National Conference of Commissioners on Uniform State Laws in 1999. Virginia adopted UETA in 2000 with certain modification as Virginia Code § 59.1-479 *et seq.* UETA provides that a record, signature or contract may not be denied legal effect or enforceability solely because it is in electronic form. UETA also provides that if a law requires a record to be in writing, an electronic record satisfies the law. (See Section 7 of UETA.) Note that UETA does not apply to wills and trusts or to matters governed by the UCC.

E-Sign and UETA are both designed to facilitate e-commerce by providing validity to electronic signatures and electronic records. (See also the E-Sign Act.)

## UNIFORM LAND SECURITY INTEREST ACT (ULSIA)

ULSIA was promulgated in 1985 by the National Conference of Commissioners on Uniform State Laws. For a comprehensive discussion of ULSIA, see the article by Norman Geis in the ABA Real Property, Probate & Trust Journal, Volume 30, Number 2, Summer 1995.

**URBAN LAND INSTITUTE (ULI)**

ULI was established in 1936 as a nonprofit education and research institute. ULI has over 13,000 members representing the entire spectrum of land use and real estate development disciplines. (www.uli.org)

**VISUAL ARTIST'S LIEN RIGHTS ACT OF 1990** (17 U.S.C.§ 106A and 17 U.S.C.§ 113)

The Visual Artist's Lien Rights Act (the "Act") grants artists the right to protect works of visual art which are made a part of a building. Basically, when visual art is made a part of a building, the artist may control whether the building is renovated, destroyed or redeveloped, by asserting rights of "attribution" and rights of "integrity". If removal can be made without destruction, distortion, mutilation or other modification of the art, then the building owner may remove the art after complying with the prescribed notice procedures. If the artwork <u>cannot</u> be removed without destroying, distorting, mutilating or otherwise modifying it, and it is of recognized stature, then the artist may prevent its removal. The Act excludes any work that is not subject to copyright protection or is made for hire.

**WORKER ADJUSTMENT AND RETRAINING NOTIFICATION ACT** (29 U.S.C. §§ 2101-2109)

The Worker Adjustment and Retraining Notification Act (the "WARN Act") generally requires employers subject to the WARN Act to give employees sixty (60) days notice prior to (i) a plant closing or (ii) a mass layoff. There are a number of exemptions available to employers, and employers may give a shorter notice under certain circumstances. The WARN Act is important in the context of a sale of a hotel or other income producing real property with a sufficient number of employees. Both the seller and buyer of such a tract may be subject to WARN Act liability, depending upon whether the employees of the seller's business are terminated, and whether such termination occurs prior to or after the "effective date" of the sale. Purchase agreements should address potential WARN Act issues (for example, in sales of operating hotels), and contain appropriate representations or indemnifications, if applicable.