UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No.: 05-450 (EGS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANA MARIE ANDERSON | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF ASSIGNMENT

Would the Clerk of the Court please notice the appearance of Charles C. Maddox as retained counsel for the Defendant. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

Charles C. Maddox
Bar No. 478065
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1050 17th Street, N.W., Suite 1000
Washington, D.C. 20036
 202.776.0647 (phone)
 202.223.4840 (fax)