IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 05-450 (EGS) |
| vs. ) | |
| ) | |
| ANNA MARIE ANDERSON ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**POSITION OF DEFENDANT
WITH RESPECT TO SENTENCING FACTORS**

**THIS DAY** came Anna Marie Anderson, by and through her counsel, Charles C. Maddox and states no particular objection with the Pre-sentence Report filed in this matter, but prays the Court to adopt the guideline provisions under USSG Chapter 5, Part A.  The guideline calculations provides for a total offense level of 18, a criminal history category of II, and a guideline range for imprisonment of 30 to 37 months.  Defendant prays the Court to sentence her at the low end of the guidelines.

The maximum fine as provided by statute under 18 USC § 3571(b)(3) is $250,000, and the fine range under 18 USSG §5E1.2(c)(3) is from $6,000 to $60,000. Defendant prays the Court not to impose these fines except for a special assessment of $100.00 as provided for under 18 USC § 3013(a)(2)(A).

As for the basis for this request, your Defendant states that she has been completely cooperative with the authorities in this matter.  Defendant has provided

information to the government to assist in the prosecution of other individuals who have committed crimes similar to the crime committed in the instant case.

The Court, under 18 USC §3663A(s)(1) and (3) shall enter an order of restitution. Accordingly, the Court shall order full restitution to the victim without consideration of the economic circumstances of the defendant.  18 USC §3664(f)(1)(A).  In this case, restitution is being ordered in accordance with the provisions of USSG §5E1.l in the amount of $893,913.29 by the defendant to Global USA.

In view of the defendant's financial status and the amount of restitution owed, it does not appear that she has the ability to pay the fines the Court may impose.

                        Respectfully Submitted,
                        Charles C. Maddox

                          /s/

                        _____
                        Charles C. Maddox
                        Counsel For Defendant
                        Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
                        1050 17th Street, N.W., Suite 1000
                        Washington, D.C. 20036
                        202.776.0647

Copies to:  AUSA Daniel Butler
             USPO Valencia Fletcher