**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0450</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Anderson, Anna | : | Disclosure Date: <u>February 16, 2006</u> |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                                  **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

(✓)   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Anderson_   2/22/06                    _Tony W. Miles_   2/22/06
**Defendant**         **Date**              **Defense Counsel**         **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **March 2, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

RECEIVED
2006 FEB 27 A 8: 33
U.S. PROBATION OFFICE
E. BARRETT PRETTYMAN
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

February 23, 2006

**BY FAX (202) 273-0193**

Ms. Valencia Fletcher
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Anna M. Anderson</u> [Cr. No. 05-450 (EGS)]

Ms. Fletcher:

    Attached is the signed Receipt and Acknowledgment in connection with Ms. Anderson's case. At this time, the defense only requests that the PSR state that the arrest listed in paragraph 38 of the report was based on conduct relating to the conviction listed in paragraph 33 of the report. It is the defense's understanding that the case listed in paragraph 38 was dismissed because the same matter was being prosecuted in the state of Virginia

Thank you for your assistance.

Sincerely,

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA Dan Butler