HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0450</u> |
| vs. | : | SSN: |
| Anderson, Anna | : | Disclosure Date: <u>February 16, 2006</u> |

SEP 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____
**Prosecuting Attorney**

2-27-06
_____
**Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____
**Defendant**          **Date**       **Defense Counsel**       **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **March 2, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

**Receipt and Acknowledgment** – A few typographical errors/small corrections noted:　　Page 2

Page 4, ¶ 6 – third line should read "deems the cooperation appropriate." Currently, the final word reads "level."

Page 4, ¶ 11 – second line should read "NFCU account, she opened". Currently, there is a period where a comma should be.

Page 7, ¶ 32 – the embezzlement was from Interstate Hotels and Resorts, through Dale City Sports Club (see page 11, ¶ 56).

Page 8, ¶ 38 – defense counsel points out in his letter to the Probation Office that it is his understanding that the case listed in this paragraph was dismissed because the same matter was being prosecuted in Virginia, which is set forth in paragraph 33. This is the government's understanding as well.

Page 10, ¶ 46 – sixth line should read "her Percocet. According to the defendant". Currently, the word "to" is missing.

Page 11, ¶ 54 – second line should read "agency. She was assigned". Currently, the "w" is missing from in front of "as".

Page 11, fn. 1 – all four items discussed in ¶ 5 on page 3 (not just the one currently listed) were seized pursuant to the warrant and are subject to forfeiture.

Page 12, ¶ 60 – fifth line from bottom of paragraph should read "on her behalf". Currently the word "his" is where "her" should be.

Page 3

Page 14, ¶ 75 – should read "restitution in the foreseeable future". Currently reads "restitution foreseeable future". Also should read "financial institution is", but currently reads in the plural.

Signed by: *Daniel P. Butler*
Daniel P. Butler
Assistant United States Attorney

Date:   February 27, 2006